1
2
3
4                             UNITED STATES DISTRICT COURT

5                           NORTHERN DISTRICT OF CALIFORNIA

6

7    SCOTT JOHNSON,                          Case No.  20-cv-01192-WHO

8                  Plaintiff,

9           v.                               **ORDER GRANTING MOTION TO
                                             DISMISS**
10   REIMAL FAMILY LIMITED                   Re: Dkt. No. 13
     PARTNERSHIP, et al.,

11                Defendants.

12

13          Plaintiff Scott Johnson filed this action on February 18, 2020, alleging that defendants

14   Reimal Family Limited Partnership and William Reimal (collectively, "Reimal") violated the

15   Americans With Disabilities Act and Unruh Civil Rights Act.  Dkt. No. 1.  On March 30, 2020,

16   Reimal filed a motion to dismiss the complaint, stating that Johnson failed to allege a business

17   establishment, failed to establish standing, and failed to establish that Mr. Reimal is an alter ego of

18   Reimal Family Limited Partnership, among other shortcomings. [1]   Dkt. No 13-1.

19          Johnson has failed to respond in accordance with this Court's Civil Local Rules.  "The

20   failure to file an opposition to a motion to dismiss in the manner prescribed by the Court's Local

21   Rules is grounds for dismissal."  *Davidson ex rel. Davidson v. Ukiah Valley Med. Ctr.*, No. C 11-

22   06147 SBA, 2012 WL 1565123, at *2 (N.D. Cal. May 2, 2012).  Reimal's motion to dismiss is

23   GRANTED and I DISMISS Johnson's case WITHOUT PREJUDICE.

24          Johnson must file an amended complaint by May 18, 2020, or judgment will be entered in

25
26
27

28   [1] Pursuant to Civil Local Rule 7-1, this matter is suitable for disposition without oral argument,
     and the hearing set for May 7, 2020, is VACATED.

United States District Court
Northern District of California

1

2     favor of Reimal.

3          **IT IS SO ORDERED.**

4     Dated: April 30, 2020

5

6     

7     _____
      William H. Orrick
      United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2