UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>REIMAL FAMILY LIMITED PARTNERSHIP, et al.,<br><br>  Defendants. | Case No. 20-cv-01192-WHO<br><br>**CONDITIONAL DISMISSAL** |

The parties have advised the court that they have agreed to a settlement of this case.  Dkt. No. 23.  **IT IS HEREBY ORDERED** that this case be dismissed with prejudice.  However, if any party certifies to this court, within **sixty (60) days**, that settlement has not occurred, or that settlement of the claims is without prejudice, this Order shall be vacated and the case reopened.

**IT IS SO ORDERED.**

Dated: September 18, 2020

William H. Orrick
United States District Judge