CENTER FOR DISABILITY ACCESS
Amanda L. Seabock, Esq., SBN 289900
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Rd., Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Reimal Family Limited Partnership**, a California Limited Partnership; <br> **M. William Reimal**; and Does 1-10, <br><br> Defendant. | **Case No**. 3:20-CV-01192-WHO <br><br> **Plaintiff's Notice of Motion and Motion to Vacate Dismissal and Reopen the Case** <br><br> Date:   December 23, 2020 <br> Time:  2:00 p.m. <br><br> Hon. William H. Orrick |

    Please take notice that on December 23, 2020 at 2:00 pm at the United States Courthouse located at 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiff Scott Johnson will, and hereby does, move this Court to order the above captioned matter be reopened and returned to the active calendar.

1

Notice of Motion & Motion to Reopen                                    3:20-CV-01192-WHO

Plaintiff hereby moves this court to reopen the above captioned case pursuant to the court's minute order dated September 18, 2020 as well as under the authority of Federal Rule of Civil Procedure 60(b)(6). The matter was provisionally settled on September 12, 2020. However, despite multiple attempts and diligent action by the plaintiff, settlement has not been consummated and the deadline to reopen the case is November 17, 2020. Thus, Plaintiff moves to have this case reopened and returned to the active calendar so that Plaintiff may prosecute his case and avoid what would otherwise be a manifest injustice.

This Motion is supported by the Declaration of Amanda Seabock, the exhibits attached thereto, the Memorandum of Points and Authorities, and oral argument, if any.

Dated: November 17, 2020                    CENTER FOR DISABILITY ACCESS

By: /s/ *Amanda Seabock*
Amanda Seabock
Attorney for Plaintiff