EXHIBIT 1

CENTER FOR DISABILITY ACCESS
Amanda L. Seabock, Esq., SBN 289900
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Rd., Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>**Reimal Family Limited Partnership**, a California Limited Partnership; <br><br>**M. William Reimal**; and Does 1-10, <br><br>　　　　Defendant. | **Case No**. 3:20-CV-01192-WHO <br><br> **Declaration of Amanda Seabock in Support of Plaintiff Motion to Reopen Case** |

1. I, the undersigned, am an attorney licensed to practice law by the State Bar of California. I am an attorney with the Center for Disability Access, and an attorney for the moving party, Plaintiff Scott Johnson, and, in that capacity, I am familiar with this matter. Based on my own experience and knowledge, I can testify to the following.

2. On September 12, 2020, the parties reached a provisional settlement with. On September 15, 2020, Plaintiff filed a Notice of Settlement. Dkt. 23.

3. On September 15, 2020, my office circulated a draft of the settlement agreement by email to defense counsel Catherine Corfee at catherine@corfeestone.com. A true and accurate copy of that email is submitted as Exhibit 2.

4. On October 6, October 7, October 9, October 13, October 14, October 19, October 23, October 27, October 29, November 3, November 6, and November 14, the parties exchanged emails following up on various revisions, and discussing the terms of the settlement agreement. With each email, the parties moved further apart on the terms and were unable to finalize the agreement. In the last communication from my office to defense counsel, I stated our intent to reopen this matter if terms could not be finalized. A true and accurate copy of that email is submitted as Exhibit 3, redacting only confidential monetary terms.

5. To date, Defendants have not responded.

6. The parties are still unable to come to a meeting of the minds, and therefore, are unable to consummate the settlement.

7. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: November 17, 2020       CENTER FOR DISABILITY ACCESS

                               By: /s/ *Amanda Seabock*
                               Amanda Seabock
                               Attorney for Plaintiff