EXHIBIT 2

Printed from 

# Johnson v. Reimal Family Limited Partnership
## Scott Johnson



## 💬 Activity

**Johnson v. Reimal Family Limited Partnership**
From: Sofia Bukkan sofiab@potterhandy.com (mailto:sofiab@potterhandy.com?cc=JohnsonvWaylandPlaceZ6733898@projects.filevine.com)
To: catherine@corfeestone.com (mailto:catherine@corfeestone.com?cc=JohnsonvWaylandPlaceZ6733898@projects.filevine.com) Catherine Corfee
Cc: alexisd@potterhandy.com (mailto:alexisd@potterhandy.com?cc=JohnsonvWaylandPlaceZ6733898@projects.filevine.com) Alexis Dossey, johnsonvwaylandplacez6733898@projects.filevine.com (mailto:johnsonvwaylandplacez6733898@projects.filevine.com)
Date: Tue, 15 Sep 2020 17:05:03 +0000

Dear Ms. Corfee:

Attached please find a draft copy of the Settlement Agreement and Dismissal for your review. If you have any revisions please feel free to redline the attached copy or write them directly on the draft and fax or email them back to our office. Please let me know if the draft looks acceptable to you, so that I can forward the same to our client for signing. Also, I request you to send the revisions in MS word format only.

If you have any questions please feel free to contact our office. Thank you in advance for your professional courtesy and attention in concluding this matter.

Sincerely,
Sofia Bukkan

Sofia Bukkan, Assistant
SofiaB@PotterHandy.com

Potter Handy, LLP
8033 Linda Vista Rd, Suite 200
San Diego, CA 92111
858-375-7385 | 888-422-5191 (fax)

[photo of premier law firm Potter Handy, LLP's awesome office building perched above the busy freeway] The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any

discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

[facebook logo]
[twitter logo]
[linkedin logo]

*Posted by Sofia Bukkan on 9/15/2020 at 10:25 AM.*   `Received`

- 🄦 *CONF SET K.DOC*
- 🄦 *Joint Stipulation for Dismissal (fed).doc*