EXHIBIT 3



Printed from ◆ **Filevine**



# Johnson v. Reimal Family Limited Partnership
## Scott Johnson

---

## 💬 Activity

---

**RE: 11-6-20 Message for Scott J. Reimal case**
From: Amanda Seabock amandas@potterhandy.com (mailto:amandas@potterhandy.com?
cc=JohnsonvWaylandPlaceZ6733898@projects.filevine.com)
To: catherine@corfeestone.com (mailto:catherine@corfeestone.com?
cc=JohnsonvWaylandPlaceZ6733898@projects.filevine.com), assistant@corfeestone.com
(mailto:assistant@corfeestone.com?cc=JohnsonvWaylandPlaceZ6733898@projects.filevine.com)
Assistant
Cc: alexish@potterhandy.com (mailto:alexish@potterhandy.com?
cc=JohnsonvWaylandPlaceZ6733898@projects.filevine.com) Alexis Handy,
johnsonvwaylandplacez6733898@projects.filevine.com
(mailto:johnsonvwaylandplacez6733898@projects.filevine.com)
Date: Sat, 14 Nov 2020 17:05:48 +0000

Catherine,

In the settlement agreement, you revised it to state that the defendants made the improvements. See the
attached. Now you're claiming you need eighteen months and that Scott cannot visit during that time? To
the extent I ever took you at your word before I certainly do not now.

I will reopen this matter by/before Tuesday, November 17. At that point, I will not be able to honor the
$████ and any settlement will likely be more. This is your clients' final chance to settle this case.

Amanda

---

Amanda Seabock, Esq.
AmandaS@PotterHandy.com

Potter Handy, LLP
8033 Linda Vista Rd, Suite 200
San Diego, CA 92111
858-375-7385 | 888-422-5191 (fax)

[photo of premier law firm Potter Handy, LLP's awesome office building perched above the busy freeway]
The information contained in this email may be confidential and/or legally privileged. It has been sent for
the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are
hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this
communication, or any of its contents, is strictly prohibited. If you have received this communication in
error, please reply to the sender and destroy all copies of the message. To contact us directly, send to
info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any