UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

   v.

REIMAL FAMILY LIMITED PARTNERSHIP, et al.,

        Defendants.

Case No. 20-cv-01192-WHO

**ORDER REOPENING CASE**

Re: Dkt. No. 25

On September 18, 2020, I entered a conditional dismissal order in light of the parties' settlement agreement. Dkt. No. 24. I noted that if any party certifies within sixty days that settlement did not occur, the dismissal order shall be vacated and the case reopened.

On November 17, 2020, within the sixty-day deadline, plaintiff Scott Johnson certified that settlement did not occur. Dkt. No. 25. My previous conditional order is HEREBY VACATED and Johnson's motion to vacate dismissal is DENIED as moot. The case is reopened and any unmet General Order 56 deadlines are reinstated. A Case Management Conference is scheduled for January 19, 2021. The parties shall file a joint Case Management Statement by January 12, 2021.

**IT IS SO ORDERED.**

Dated: November 19, 2020

William H. Orrick
United States District Judge